# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**WILLIAM T. COOLEY, JR.**                                                 **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 4:08CV35TSL-LRA**

**DENBURY ONSHORE, LLC**                                          **DEFENDANT**

**AND**

**AMERICAN INTERSTATE INSURANCE COMPANY**           **INTERVENOR**

## AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS DAY THIS CAUSE** having come on for hearing before the Court on the joint *ore tenus* Motion of the parties, by and through counsel, in the above-styled and numbered cause of action to enter a Judgment of Dismissal with Prejudice as to all claims, including those contained in the Complaint filed by Plaintiff and the Complaint in Intervention by American Interstate Insurance Company, and the Court being fully advised in the premises, finds that the Motion is well taken and should be sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above-styled and numbered cause against Denbury Onshore, LLC, in tort by the Plaintiff and by the Complaint for Intervention asserting a statutory lien filed by the Intervenor, be and the same are hereby fully and finally dismissed with prejudice, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 9th day of April, 2010.

                                                            /s/Tom S. Lee
                                                            **UNITED STATES DISTRICT COURT JUDGE**

**Approved By:**

*s//Paul Richard Lambert*
**PAUL RICHARD LAMBERT, Esquire**
**Counsel for Plaintiff**

*s//Roger C. Riddick*
**ROGER C. RIDDICK, Esquire**
**Counsel for Defendant, Denbury, Onshore, LLC**

*s//Phillip W. Jarrell*
**PHILLIP W. JARRELL, Esquire**
**Counsel for Intervenor, American Interstate Insurance Company**